UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Cause No. 3:08-CR-98 RM |
| | ) |
| ANTHONY STUCKEY | ) |

OPINION AND ORDER

Anthony Stuckey pleaded guilty in December 2008 to being a felon in possession of a firearm, 18 U.S.C. § 922(g)(1), and was sentenced to a term of 41 months' imprisonment, followed by three years of supervised release.[1] As part of his plea agreement, Mr. Stuckey waived the right to appeal his conviction and sentence or to file any post-conviction proceedings, but is now before the court requesting a transcript of his sentencing hearing and copies of any statements made by any officer at the time of his arrest in September 2008.

A transcript of the sentencing hearing may be obtained for a fee by contacting the court reporter at (574) 246-8039, but the right to receive transcripts at government expense under 28 U.S.C. § 753(f) ended when the criminal proceedings in this court ended. While the record reflects that Mr. Stuckey was arrested in September 2008, following his indictment, it does not contain any recorded statements by the arresting officers. Accordingly, Mr. Stuckey's request for a transcript of the sentencing hearing and copies of any statements made by the officers at the time of arrest [Doc. No. 37] is DENIED.

---

[1] The court revoked the supervised release term in April 2012, and sentenced Mr. Stuckey to 15 months' imprisonment, to be followed by 18 months of supervised release.

SO ORDERED.

ENTERED:   September 25, 2012

   /s/ Robert L. Miller, Jr.
Judge
United States District Court