UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:08-CR-98 RM |
| | ) | |
| ANTHONY STUCKEY | ) | |

OPINION AND ORDER

For the reasons stated in the court's September 25, 2012 order, the court DENIES the defendant's request for transcripts of the April 27, 2012 final revocation hearing at government expense. [Doc. No. 38] A transcript of the hearing may be obtained for a fee by contacting the court reporter at (574) 246-8039.

SO ORDERED.

ENTERED:   October 9, 2012

                                              /s/ Robert L. Miller, Jr.
                                              Judge
                                              United States District Court